No. 10–5159.   PEARSON *v.* KELLER, SECRETARY, NORTH CARO-
LINA DEPARTMENT OF CORRECTION, ET AL.   C. A. 4th Cir.   Cer-
tiorari denied.

No. 10–5160.   LAWHORN *v.* ALLEN, COMMISSIONER, ALABAMA
DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari de-
nied.

No. 10–5161.   MERRITT *v.* MCNEIL, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL.   Dist. Ct. App. Fla., 2d Dist.
Certiorari denied.

No. 10–5162.   PINDER *v.* HOBBS, DIRECTOR, ARKANSAS DE-
PARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 10–5163.   REYES *v.* UNITED STATES.   C. A. 3d Cir.   Cer-
tiorari denied.

No. 10–5164.   ROMAN *v.* UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 10–5166.   STEVENSON *v.* UNITED STATES.   Ct. App. D. C.
Certiorari denied.

No. 10–5167.   DUNCAN *v.* UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 10–5168.   VAN COX *v.* UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 10–5169.   COLEMAN *v.* UNITED STATES.   Ct. App. D. C.
Certiorari denied.

No. 10–5170.   CALDERON-LOPEZ *v.* UNITED STATES.   C. A. 1st
Cir.   Certiorari denied.

No. 10–5173.   KIM *v.* UNITED STATES.   C. A. 9th Cir.   Certio-
rari denied.

No. 10–5174.   MORGAN *v.* MINGER.   C. A. 7th Cir.   Certiorari
denied.

No. 10–5177.   FORDE *v.* CALIFORNIA ET AL.   C. A. 9th Cir.
Certiorari denied.

No. 10–5178.   SANTIAGO *v.* BATTAGLIA ET AL.   C. A. 7th Cir.
Certiorari denied.